| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven A. Alpert, SBN 159730<br>PRICE LAW GROUP, APC<br>15760 Ventura Blvd., Suite 1100<br>Encino, CA 91436<br>(818) 995-4540 Telephone<br>(818) 995-9277 Facsimile<br>steven@pricelawgroup.com<br><br>☑ *Attorney for Movant(s)*<br>☐ *Movant(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES**

| In re: | CASE NO.: 2:12-bk-11962-NB |
|---|---|
| | CHAPTER: 13 |
| George Johnson, Jr. | **DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)** |
| Debtor(s). | No hearing held |

1. I am the ☐ Movant(s) or ☑ Attorney for Movant(s) or ☐ employed by Attorney for Movant(s).

2. On: _____9/14/2012_____ Movant(s) filed a motion entitled: APPLICATION FOR SUPPLEMENTAL FEES

3. A copy of the Motion and Notice of Motion is attached hereto.

4. On _____9/14/2012_____, Movant(s) served a copy of ☐ the Notice of Motion or ☑ the Motion and Notice of Motion on required parties using the method(s) identified on the Proof of Service of the Notice of Motion.

5. Pursuant to LBR 9013-1(o), the Notice of Motion provides that the deadline for filing and serving a written response and request for a hearing is 14 days after the date of service of the Notice of Motion, plus 3 additional days if served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F).

6. More than __17__ days have passed since Movant(s) served the notice of motion.

7. I have checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing has been timely filed.

8. **No response and request for hearing has been timely served on Movant(s) at the street address, email address, or facsimile number specified in the Notice of Motion.**

9. Based upon the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

10. A proposed order on the Motion has been lodged concurrent with the filing of this declaration. A copy of the proposed order has been served upon the judge pursuant to LBR 5005-2(d) and the Court Manual, together with a LOU confirmation receipt if the order was lodged electronically. Pursuant to LBR 9021-1(b)(2) and the Court Manual, if self-addressed, stamped envelopes are required, they were also included with the proposed order.

WHEREFORE, Movant(s) requests that the Motion be granted and an order be entered without a hearing on the Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 10/2/12

Signature: /s/ Steven A. Alpert

Printed Name: Steven A. Alpert

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven A. Alpert, SBN 159730<br>PRICE LAW GROUP, APC<br>15760 Ventura Blvd., Suite 1100<br>Encino, CA 91436<br>(818) 995-4540 (TEL)<br>(818) 995-9277 (FAX)<br>steven@pricelawgroup.com<br><br>☑ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>George Johnson, Jr.<br><br><br><br>Debtor(s). | CASE NO.: 2:12-bk-11962-NB<br>CHAPTER: 13<br><br>**NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)**<br><br>[No hearing unless requested in writing] |
|---|---|

## TO THE U.S. TRUSTEE AND ALL PARTIES IN INTEREST. PLEASE TAKE NOTICE THAT:

1. Movant(s) <u>George Johnson, Jr.</u>, has filed a motion entitled <u>Application for Supplemental Fees</u>

2. Movant(s) is requesting that the court grant the motion without a hearing, as provided for in LBR 9013-1(o).

3. The motion is based upon the legal and factual grounds set forth in the Motion and briefly described in the attached description of relief sought. (*Check appropriate box below*):

   ☐ The full motion is attached hereto; or
   ☑ The full motion has been filed with the court, and a detailed description of the relief sought is attached hereto.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING**: Pursuant to LBR 9013-1(o), any party objecting to the motion may request a hearing on the motion. The deadline for filing and

serving a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). If you fail to comply with this deadline, the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion without further hearing and notice.

Date: 9/13/12

Respectfully submitted,

By: _____
Signature of Movant or attorney for Movant

Name: Steven A. Alpert
Type name of Movant or attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 15760 Ventura Blvd., Suite 1100, Encino, CA 91436.

A true and correct copy of the foregoing document entitled (*specify*): **Notice of motion for order without hearing pursuant to LBR 9013-1(o) for: Application for Supplemental Fees** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/13/12, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Steven A Alpert    steven@pricelawgroup.com, notice@pricelawgroup.com
Kathy A Dockery (TR)    efiling@CH13LA.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 9/13/12, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Kathy A Dockery
Chapter 13 Trustee
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

George Johnson, Jr.
11615 Firestone Blvd., #109
Norwalk, CA 90650

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

9/13/12    Roxana Reyes    /s/ Roxana Reyes
Date       Printed Name      Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE

1  Steven A. Alpert, SBN 159730
   Price Law Group, APC
2  15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
3  (818) 995-4540 Telephone
4  (818) 995-9277 Facsimile

5  Attorney for Debtor

6
7              UNITED STATES BANKRUPTCY COURT
8     CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:                              | Chapter 13
George Johnson, Jr.                  | Case No: 2:12-bk-11962-NB
                                     | APPLICATION FOR SUPPLEMENTAL FEES
                          Debtor     | (No Hearing Required)

TO: THE HONORABLE NEIL W. BASON /UNITED STATES BANKRUPTCY JUDGE; KATHY A. DOCKERY /CHAPTER 13 TRUSTEE; AND TO ALL INTERESTED PARTIES:

Applicant is counsel of record for the above-named Debtor who is under a confirmed Chapter 13 Plan. Fees were awarded for confirmation in the amount of $4,000. There have been no supplemental fees awarded to date. Total fees awarded to date are $4,000. There are no additional pending supplemental fee applications. Since Confirmation of said Plan, Applicant has performed certain extraordinary services at the request of the Debtor as follows:

                    SEE ATTACHED ADDENDUM

The reasonable value for said services is $624.85, of which $0.00 has been paid. WHEREFORE, your applicant prays that an allowance be made in the sum of $624.85.

DATED: 9/13/12

                                              PRICE LAW GROUP, APC

                                              _____
                                              Steven A. Alpert
                                              Attorney for Debtor

-1-

Case 2:12-bk-11962-NB    Doc 34    Filed 09/14/12    Entered 09/14/12 07:48:31    Desc
                         Main Document    Page 2 of 4

| Debtor: | George Johnson |
|---|---|
| Case No: | 2:12-bk-11962-NB |

## ADDENDUM

| DATE | ACTIVITY | HOURS |
|---|---|---|
| 8-Jun-12 | Steven Alpert (SAA) - Reviewed the Proof of Claim (POC) filed by Ocwen Loan Servicing. Requested administrator to assist with the withdrawal of this POC. | 0.10 |
| 8-Jun-12 | Scott Ziegler (SDZ) - Placed phone call to Ocwen to request withdrawal of the POC. No one unable to help or direct me to the contact on the POC. I was told to prepare an email directly to the contact listed on the POC. Prepared email correspondence to Ocwen's representative to request removal of the POC. | 0.20 |
| 24-Jun-12 | SDZ - Prepared the Notice of Motion and Motion to Disallow the Claim of Ocwen (MTN TO DISALLOW) with Debtor's declaration in support of the Motion. Submitted to client for signature and to SAA for review and approval. | 1.00 |
| 26-Jun-12 | SAA - Reviewed and approved the MTN TO DISALLOW. | 0.10 |
| 28-Jun-12 | Lidia Ramirez (LAR) - Prepared the proof of service, copies and filing for the MTN TO DISALLOW. | 0.30 |
| 1-Aug-12 | Lynn Fleischer (TLF) - Preparation for the hearing on MTN TO DISALLOW CLAIM. Checked judge's tentative ruling. Motion granted without further appearance required. Order to follow. | 0.30 |
| 1-Aug-12 | SDZ - Prepared and Uploaded the Order granting the MTN TO DISALLOW. | 0.30 |
| 5-Sep-12 | Roxana Reyes (MRR) - Prepared the Application and Addendum for Supplemental Fees. | 0.50 |
| 5-Sep-12 | SAA - Reviewed and approved the Application. | 0.10 |

| Hours | Rate | | Amount | Employee and Title |
|---|---|---|---|---|
| 0.3 | $475.00 | per hour | $142.50 | (SAA - Attorney of Record) |
| 0.3 | $350.00 | per hour | $105.00 | (TLF - Staff Attorney) |
| 1.8 | $150.00 | per hour | $270.00 | (SDZ, LAR - Chapter 13 Paralegal) |
| 0.5 | $120.00 | per hour | $60.00 | (MRR - Administrator) |
| Postage and Paper Copy Costs: | | | $47.35 | |
| TOTAL FEES | | | $624.85 | |

| Debtor: | George Johnson |
|---|---|
| Case No: | 2:12-bk-11962-NB |

## Paper Copies and Postage Costs

| | | Supplemental Fee Application | MTN TO DISALLOW CLAIM |
|---|---|---|---|
| **Paper Cost:** | | | |
| | Pages per Document: | | 21 |
| X | Judge, Trustee, Price Law Group Copies - # of Full Copies: | 3 | 3 |
| = | Full Copies -Total Pages: | 21 | 123 |
| | Number of Condensed Service Copies Printed: | | 6 |
| X | (4 pages per Sheet) - Pages per Condensed Service Copy: | 2 | 11 |
| = | Condensed Service Copies - Total Pages: | 2 | 66 |
| | Total Pages Printed: | 23 | 189 |
| X | Cost Per Page: | $0.20 | $0.20 |
| = | **Total Paper Cost:** | $4.60 | $37.80 |

| **Postage Cost:** | | | |
|---|---|---|---|
| | Total Copies Sent: | 3 | 8 |
| X | Base Postage per Copy Sent: | $0.45 | $0.45 |
| = | Total Base Postage Cost: | $1.35 | $3.60 |
| | Certified Copies Sent: | 0 | 0 |
| X | Additional Cost Per Certified Copy: | $5.30 | $5.30 |
| = | Total Certified Mail Cost: | $0.00 | $0.00 |
| | Copies Sent Via Overnight Mail: | | 0 |
| | Overnight Cost: | | $18.95 |
| | Total Overnight Cost: | | $0.00 |
| | **Total Postage Cost:** | $1.35 | $3.60 |

| **Total Paper Copies and Postage Costs:** | $47.35 |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 15760 Ventura Blvd., Suite 1100, Encino, CA 91436.

A true and correct copy of the foregoing document entitled (specify): **Application for Supplemental Fees** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **9/13/12**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Steven A Alpert    steven@pricelawgroup.com, notice@pricelawgroup.com
Kathy A Dockery (TR)    efiling@CH13LA.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) **9/13/12**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Kathy A Dockery
Chapter 13 Trustee
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

George Johnson, Jr.
11615 Firestone Blvd., #109
Norwalk, CA 90650

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**9/13/12**    Roxana Reyes    /s/ Roxana Reyes
Date        Printed Name        Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 15760 Ventura Blvd., Suite 1100, Encino, CA 91436.

A true and correct copy of the foregoing document entitled (specify): **DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING PURSUANT TO LOCAL RULE 9013-1 (o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 10/2/2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Steven A Alpert    steven@pricelawgroup.com, notice@pricelawgroup.com
Kathy A Dockery (TR)    efiling@CH13LA.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 10/2/12, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Neil W. Bason
United States Bankruptcy Court
Central District of California
Roybal Federal Building
255 E. Temple Street
Suite 1552 / Courtroom 1545
Los Angeles, CA 90012

Kathy A Dockery
Chapter 13 Trustee
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

George Johnson, Jr.
11615 Firestone Blvd., #109
Norwalk, CA 90650

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/2/2012 | CJ Gueldner | /s/ CJ Gueldner |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**